UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-60168-CIV-ALTONAGA/Turnoff

**COPANS MOTORS, INC.** d/b/a
**CHAMPION MOTORS**,

    Plaintiff,
vs.

**EUGENE AARON**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Eugene Aaron's Emergency Motion for Him and His *Pro Hac Vice* Attorney, David T. Shulick, Esq. To Appear Telephonically at Mediation Scheduled for October 24, 2006 [D.E. 27], filed on October 20, 2006. On October 18, the Court issued an Order [D.E. 26] denying Defendant Aaron's October 12, 2006 Motion to Continue Mediation [D.E. 22] and requiring the parties to complete mediation by November 2, 2006. Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant's Motion **[D.E. 27]** is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this 23rd day of October, 2006.

                                                              **CECILIA M. ALTONAGA**
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff
counsel of record